UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES                           )
                                        )
                                        )
        v.                              )      Criminal No. 01-0361 (PLF)
                                        )      Civil Action No. 11-2077 (PLF)
KERRY NEWMAN,                           )
                                        )
        Defendant/Petitioner.           )
_____ )

ORDER

        For the reasons stated in the accompanying Memorandum Opinion issued this

same day, it is hereby

        ORDERED that petitioner Kerry Newman's petition for a writ of *coram nobis*

[Dkt. No. 38] is DENIED; and it is

        FURTHER ORDERED that these cases are DISMISSED.  The Clerk of the Court

shall remove these cases from the docket of this Court.  This is a final appealable order.  See

FED. R. APP. P. 4(a).

        SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE:  November 26, 2014                United States District Judge